[Nos. 10807-4-III; 10808-2-III. Division Three. June 30, 1993.]
10829-5-III.

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO
LOPEZ MENDOZA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS
SILVA-BALTAZAR, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. VINCENTE
DIAZ, *Appellant*.

Appeals from judgments of the Superior Court for Yakima
County, Nos. 90-1-00385-5, 90-1-00381-3, 90-1-00384-7,
Michael W. Leavitt, J., entered May 4, 1990. *Affirmed* by un-
published opinion per Munson, J., concurred in by Shields,
C.J., and Thompson, J.

[Nos. 28284-1-I; 28285-9-I. Division One. July 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
DOUGLAS MULLEN, *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 89-1-06694-3, 89-1-07002-9, George T. Mattson,
J., entered February 4, 1991. *Affirmed* by unpublished opin-
ion per Grosse, J., concurred in by Webster, C.J., and Cole-
man, J.

[No. 30429-1-I. Division One. July 6, 1993.]

KENNETH A. BERRY, *Appellant*, v. THE CITY OF SEATTLE,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 85-2-20625-8, Charles V. Johnson, J., entered
February 28, 1992. *Reversed* by unpublished opinion per
Scholfield, J., concurred in by Pekelis, A.C.J., and Kennedy,
J.